# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DANNY LEE WARNER, JR.**,

    Plaintiff,

  v.

**TAD PALMER**, *et al.*,

    Defendants.

:

:

Case No. 2:25-cv-136
Chief Judge Sarah D. Morrison
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on the Magistrate Judge's November 20, 2025 Report and Recommendation (R&R, ECF No. 27). The R&R recommended that the Court *sua sponte* dismiss this case for Plaintiff's failure to comply with the Court's orders pursuant to Federal Rule of Civil Procedure 41(b). The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the R&R (ECF No. 27) and **DISMISSES** this case.

The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**